IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CRYSTAL GRIMES, on behalf of )
Herself and others similarly )
Situated, )
                                     )
            Plaintiff, )
                                     )
             v. )             1:18-CV-798
                                     )
GOVERNMENT EMPLOYEES INSURANCE )
COMPANY, )
                                     )
            Defendant. )

## JUDGMENT

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously with this Judgment,

IT IS THEREFORE ORDERED AND ADJUDGED that GEICO's motion to dismiss and to compel arbitration pursuant to Federal Rule of Civil Procedure 12(b)(3) (Doc. 12) is DENIED, and GEICO's alternative motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) (Doc. 12) is GRANTED and the complaint is DISMISSED WITH PREJUDICE.

                                             /s/    Thomas D. Schroeder
                                          United States District Judge

July 30, 2019